

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JAM
F. #2020R00404

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

December 6, 2022

By E-mail

The Honorable Sanket J. Bulsara
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    United States v. Andrii Derkach.
               Criminal Docket No. 22 CR 432 (DLI) (PK)

Dear Judge Bulsara:

      The government respectfully moves for an order removing the Highly Sensitive Documents ("HSD") designation for the above-captioned case. This motion is made in anticipation of unsealing the case tomorrow, including the indictment and arrest warrant; the filing of a related-case letter; and the initiation of a parallel civil forfeiture action. After consultation with the Clerk of Court, removing the HSD designation in advance of unsealing is necessary to allow the Clerk's Office personnel to upload the case filings electronically and to ensure the accessibility of the public docket to the parties and the public in a timely manner.

      Thank you for your consideration of this request.

Respectfully submitted,

BREON PEACE
United States Attorney

By: /s/ Artie McConnell
Artie McConnell
Assistant U.S. Attorneys
(718) 254-7150

Enclosure

cc:    Clerk of Court (by ECF)