JAM
F.# 2020R00404

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

ANDRII DERKACH

          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

~~PROPOSED~~ O R D E R

CR 22 CR 432 (DLI) (RML)

Upon the application of BREON PEACE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Artie McConnell, for an order to remove the Highly Sensitive Documents ("HSD") designation from the above-captioned case

WHEREFORE, it is ordered that the above-captioned matter no longer be designated as HSD and the filings be placed electronically on the docket.

Dated:   Brooklyn, New York

        December 6          , 2022

                                                s/Sanket J. Bulsara

                                    HONORABLE SANKET J. BULSARA
                                    UNITED STATES MAGISTRATE JUDGE
                                    EASTERN DISTRICT OF NEW YORK